AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Mitchell Paul Vukich | ) Case: 1:21-mj-00476 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/14/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Mitchell Paul Vukich_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 641 - Theft of Government Money, Property, or Records;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: ___06/21/2021___

Digitally signed by G. Michael Harvey
Date: 2021.06.21 10:42:06 -04'00'

*Issuing officer's signature*

City and state: _____Washington, D.C._____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/21/2021, and the person was arrested on *(date)* 6/23/2021
at *(city and state)* Pittsburgh, PA.

Date: 6/23/21

*Arresting officer's signature*

SA Ryan Alexander
*Printed name and title*